No. 05–6857. VILLARREAL-GONSALEZ *v.* UNITED STATES ROSAS-DIAZ *v.* UNITED STATES GARCIA-CERVANTES *v.* UNITED STATES MARTINEZ-CANTU *v.* UNITED STATES REYES-RODRIGUEZ *v.* UNITED STATES MARTINEZ-MENDEZ *v.* UNITED STATES RAMIREZ-OROZCO, AKA RAMIREZ *v.* UNITED STATES ROMAN-MARTINEZ, AKA VIDAS *v.* UNITED STATES GONZALEZ-HERNANDEZ *v.* UNITED STATES; RANGEL-ESPINOZA *v.* UNITED STATES LARA-HERNANDEZ, AKA URIBE-CONCHOLA *v.* UNITED STATES VILLAFRANCA-CASTRO *v.* UNITED STATES DAVINSON-CANALES *v.* UNITED STATES HERNANDEZ-MESA *v.* UNITED STATES RODRIGUEZ-PUENTE *v.* UNITED STATES and SAYAS-MONTOYA *v.* UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 05–6858. THORN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6864. GARRETT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6865. HARRELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6869. HARPER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6870. GORMLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6874. DRAYTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–6878. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6880. SWASEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6881. CRUZADO-LAUREANO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.